1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GREGORY WAYNE QUINN,                     No.  2:25-cv-0743 AC P

12              Plaintiff,

13        v.                                   ORDER

14    R. PEREZ, et al.,

15              Defendants.

16

17        Plaintiff filed a motion for a thirty-day extension of time to file an amended complaint.

18   The current deadline is December 1, 2025.  Good cause appearing, IT IS HEREBY ORDERED

19   that:

20        1.  Plaintiff's motion for an extension of time (ECF No. 9) is granted; and

21        2.  Plaintiff is granted an additional thirty days, up to December 31, 2025, to file an

22   amended complaint.

23   DATED: November 24, 2025

24   _____
     ALLISON CLAIRE
25   UNITED STATES MAGISTRATE JUDGE

26

27

28