IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**GREGORY WAYNE QUINN,**

Plaintiff,

v.

**R. PEREZ, et al.,**

Defendants.

Case No. 2:25-cv-0743 WBS AC P

**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE AND SERVE A RESPONSIVE PLEADING**

Defendants Perez and Baliton filed an Ex Parte Application for an Extension of Time to File a Responsive Pleading.  ECF No. 22.  Having read and considered the Application and its attachments, good cause exists to grant it.  The deadline for Defendants to file and serve a responsive pleading is hereby extended to May 26, 2026.

IT IS SO ORDERED.

DATED: April 27, 2026

*allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:25-cv-00743-WBS-AC)